# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** August 26, 2021

**CASE OF:** IN RE: AMENDMENT TO FLORIDA RULE OF CIVIL PROCEDURE 1.280

**DOCKET NO.:** SC21-929    **OPINION FILED:** August 26, 2021

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On p. 5, line 5, "Unconstrained by the limited scope of certiorari review, this rules case allows us to determine whether to adopt the apex doctrine in the corporate context." was changed to "This rules case allows us to decide whether to adopt the apex doctrine in the corporate context."

On p. 5, line 16, removed the words "for decades" between "Florida" and "have."

On p. 7, lines 7-8, "(cleaned up)." was changed to "(citation omitted)."

On p. 8, line 5, "We are persuaded that it is in Florida's best interests to codify the apex doctrine in our rules of civil procedure and to apply the doctrine to both private and government officers." was changed to "We believe that it is in Florida's best interests to codify the apex doctrine in our rules of civil procedure and to apply the doctrine to both private and government officers."

On p. 8, lines 11 and 12, "The new Florida Rule of Civil Procedure 1.280(h) (Apex Doctrine) that we adopt today is as follows:" was changed to "New Florida Rule of Civil Procedure 1.280(h) (Apex Doctrine), which we adopt today, is as follows:" above the block quote.

On. p. 12, line 1, removed the word "and" after the comma.

**SIGNED: OPINION CLERK**